Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binaymin@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorney for Plaintiff*

L. Scott Karlin, SBN 90605
lsk@karlinlaw.com
Michael J. Karlin, SBN 272442
mike@karlinlaw.com
Rex T. Reeves
rex@karlinlaw.com
**THE KARLIN LAW FIRM LLP**
13522 Newport Avenue, Suite 201
Tustin, CA 92780
Telephone: (714) 731-3283

*Attorneys for Defendant,*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGHAN DOWNING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>KELLEY BAKER BROWS, INC., a California Corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-06102-JAK-RAO<br><br>*Assigned to Hon. John A. Kronstadt*<br><br>**JOINT STIPULATED REQUEST FOR DISMISSAL PURSUANT TO F.R.C.P. RULE 41(a); [PROPOSED] ORDER** |

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Meghan Downing ("Plaintiff"), and Defendant Kelley Baker Brows, Inc. ("Defendant"), stipulate and jointly request that the Court enter a dismissal without prejudice as to the claims of the plaintiff and purported class. Each party shall bear her or its own costs, experts' fees, attorneys' fees, and attorneys' expenses.

Respectfully Submitted,

DATED: May 27, 2022　　　　**WILSHIRE LAW FIRM**

By: */s/ Thiago M. Coelho*
Thiago M. Coelho
*Attorneys for Plaintiff*

DATED: May 27, 2022　　　　**KELLEY BAKER BROWS, INC.**

By: */s/ L. Scott Karlin*
L. Scott Karlin
*Attorneys for Defendant*

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4 (a)(2)(ii), the filers of this report attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: May 27, 2022                              By: */s/ Thiago M. Coelho*
                                                                    Thiago M. Coelho