# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGHAN DOWNING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KELLEY BAKER BROWS, INC., a California Corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | No. 2:21-cv-06102-JAK-RAO<br><br>**ORDER RE JOINT STIPULATED REQUEST FOR DISMISSAL PURSUANT TO F.R.C.P. RULE 41(a) (DKT. 20)**<br><br>JS-6 |

Based on a review of the parties' Joint Stipulated Request for Dismissal Pursuant to F.R.C.P. Rule 41(a) (the "Request" (Dkt. 20)), sufficient good cause has been shown for the requested relief. Therefore, the relief requested in the Request is **GRANTED**. The action is **DISMISSED** without prejudice as to the claims of the plaintiff and the putative class. Each party shall bear its own costs, experts' fees, attorneys' fees, and attorneys' expenses.

**IT IS SO ORDERED.**

DATED: June 1, 2022

_____
John A. Kronstadt
United States District Judge

1